1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARMANE GRAY, | Case No.: 3:14-CV-00349-HDM-VPC |
| Plaintiff, | |
| vs. | ORDER GRANTING **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NORTHEASTERN NEVADA PHYSICIAN PRACTICES, LLC, a foreign corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Sharmane Gray and Defendant Northeastern Nevada Physician Practices, LLC submit this Joint Stipulation of Dismissal with Prejudice. Each party agrees to bear its own costs and expenses.

/s/ P. Maxwell Smith, Esq.
ANTHONY L. HALL, ESQ., NV BAR NO. 5977
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000, Facsimile: (775) 786-6179
ahall@hollandhart.com

MARK W. PETERS, ESQ., TN BPR NO. 018422 (*admitted pro hac vice*)
P. MAXWELL SMITH, ESQ., TN BPR NO. 026602 (*admitted pro hac vice*)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380, Facsimile: (615) 244-6804
mark.peters@wallerlaw.com
max.smith@wallerlaw.com

*Attorneys for Defendant Northeastern Nevada Physician Practices, LLC*


/s/ Julie Cavanaugh-Bill, Esq. (with permission)
JULIE CAVANAUGH-BILL, ESQ., NV BAR NO. 11533
J. MARK SHOCKLEY, ESQ., NV BAR NO. 7514
CAVANAUGH-BILL LAW OFFICES, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Telephone: (775) 753-4357 Facsimile: (775) 753-4360
julie@cblawoffices.org
mark@cblawoffices.org

*Attorneys for Plaintiff Sharmane Gray*


IT IS SO ORDERED.

Dated this 11th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE